1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF WASHINGTON

7   WILLIE S. LOCKHART,

                                              NO:  12-CV-5075-TOR
8                    Plaintiff,

                                              ORDER GRANTING JOINT MOTION
9         v.                                  TO DISMISS WITH PREJUDICE

10  BECHTEL NATIONAL, INC., a
    Nevada corporation,
11
                     Defendant.
12

13        Before the Court is the parties' Joint Motion to Dismiss with Prejudice (ECF

14  No. 36). The parties move the Court for entry of an Order of dismissal with

15  prejudice and without costs or attorneys' fees awarded to any party.

16  //

17  //

18  //

19  //

20  //


    ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ~ 1

1    **Accordingly, IT IS HEREBY ORDERED**:

2    The parties' Joint Motion to Dismiss with Prejudice (ECF No. 36) is

3    **GRANTED**.  Pursuant to the parties' stipulation, all claims and causes of action in

4    this matter are **DISMISSED** with prejudice and without costs or fees to any party.

5    The District Court Executive is hereby directed to enter this Order, furnish

6    copies to counsel, and **CLOSE** the file.

7    **DATED** this 29th day of November, 2012.

8    *s/ Thomas O. Rice*

9    THOMAS O. RICE
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE ~ 2